No. 88. The City of Omaha et al., Appellants; *v.* The Omaha Water Company. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Argued December 19, 1907. Decided December 23, 1907. *Per Curiam.* Appeal dismissed for the want of jurisdiction. *Schlosser v. Hemphill,* 198 U. S. 173; *Boom Company v. United States,* 202

U. S. 613; *California Consolidated Mining Company* v. *Manley,* 203 U. S. 579. Certiorari denied. *Chicago and Northwestern Railway Company* v. *Osborne,* 146 U. S. 354; *McLish* v. *Roff,* 141 U. S. 661; *Forsythe* v. *Hammond,* 166 U. S. 506. *Mr. John L. Webster* and *Mr. Carl C. Wright* for appellants. *Mr. Lucius H. Beers, Mr. Howard Mansfield* and *Mr. R. S. Hall* for appellee.